IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| THOMAS MCGOVERN, | ) | |
|---|---|---|
| | ) | Cause No. CV-10-157-BLG-RFC-CSO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS OF |
| WARDEN TOM GREEN, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Warden Tom Green has moved to dismiss this action (*doc. 18*) on the grounds that Plaintiff Thomas McGovern has failed to exhaust his administrative remedies within the prison system before filing this lawsuit as required by the Prison Litigation Reform Act. *Doc. 18*. McGovern does not object to Warden Green's motion. *Doc. 24*. Since this case was referred to United States Magistrate Judge Ostby for all pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1)(A), she entered Findings and Recommendations on the Warden's motion, recommending that it be granted. *Doc. 25*. Consistent with his admission that Warden Green's motion was well-taken, McGovern did not object to Judge Ostby's recommendation that the motion to dismiss be granted.

1

After a de novo review of the Findings and Recommendations, **IT IS HEREBY ORDERED** that they be adopted in their entirety: Defendant's Motion to Dismiss for Failure to Exhaust Administrative Remedies (*doc. 18*) is **GRANTED**. This matter is dismissed without prejudice.

DATED this 5th day of January, 2012.

Richard F. Cebull
United States District Judge